AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by ___ D.C.
MAY 2 2 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 18-8237-BER |
| Devonte Marquis Jones | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 10, 2018 and May 17, 2018  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) | Distribution of a controlled substance, that is, a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance. |
| Title 18, United States Code, Section 924(c) | Possession of a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas J. Walsh, Task Force Officer / DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/22/2018

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Hon. Bruce E. Reinhart, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## OF THOMAS J. WALSH
## TASK FORCE OFFICER
## DRUG ENFORCEMENT ADMINISTRATION

I, Thomas J. Walsh, being duly sworn, hereby depose and state:

### Background

1. I am a Task Force Officer with the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so assigned since January of 2017. As a Task Force Officer (TFO) of the United States Department of Justice, I am authorized to conduct criminal investigations of violations of Title 21 of the United States Code. I have successfully completed the Criminal Justice Standards and Training Police Academy and am certified by the Criminal Justice Standards and Training Commission as a Law Enforcement Officer. I am a sworn law enforcement officer with the City of West Palm Beach Police Department (WPBPD) and have been so employed since February 2010. Most recently, since 2014, I have been assigned to the Special Investigations Division, Organized Crime Section, with the WPBPD. Prior to that, I served as a road patrol officer for the WPBPD from February 2010 until January 2014. I am also currently assigned to the Special Weapons and Tactics Unit and have been so since April 2015. During my employment, I have received approximately one thousand (1000) registered hours of law enforcement certified training, to include Investigating Drug Trafficking Organizations, Narcotics and Dangerous Drugs Investigations and Interviews and Interrogations.

2. I submit this affidavit in support of a Criminal Complaint and arrest warrant charging Devonte Marquis JONES ("JONES") with distribution of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(a)(1) and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). The facts in this affidavit are known personally to me, or have been provided to me by other law enforcement

officers either in person or through a review of their reports. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, it does not set forth every fact known to me regarding this investigation, but rather, only those facts I believe establish probable cause.

### **Probable Cause**

3. In April of 2018, I received information that JONES was distributing heroin in Palm Beach County and the Southern District of Florida. This was the result of intelligence gathered through witnesses and law enforcement databases following the fatal drug overdose of A.L. on March 20, 2018, in Palm Beach County, Florida.

4. On Thursday, May 10, 2018, an undercover agent ("UC") placed a series of recorded controlled telephone calls to JONES using telephone number 561-507-4992. During the course of those conversations, JONES agreed to meet the UC at a 7-Eleven gas station, located at 2100 45th Street, West Palm Beach, Florida, in order to sell the UC heroin.

5. At approximately 4:00 p.m., on May 10, 2018, JONES arrived at the 7-Eleven gas stations as agreed. The meeting was both audio and video recorded. During the meeting, JONES sold the UC six (6) capsules for $100.00 in United States currency. The six capsules all contained a brown powdery substance and a sample of the substance field-tested positive for the presence of heroin. Additionally, the six capsules weighed a combined total of approximately one gram. During the meeting, JONES agreed to meet the UC at another time and date in order to conduct future transactions.

6. On Thursday, May 17, 2018, the UC again placed another series of recorded controlled telephone calls to JONES using telephone number 561-507-4992. During the course of these conversations, JONES agreed to meet with the UC at the same 7-Eleven gas station located

in West Palm Beach, Florida, to sell the UC heroin. The meeting was both audio and video recorded.

7. At approximately 2:30 p.m., on May 17, 2018, JONES arrived at the pre-determined meet location and sold the UC six (6) additional capsules for $100.00 in United States currency. The six capsules all contained a brown powdery substance and a sample of the substance field-tested positive for the presence of heroin and fentanyl. Additionally, the combined weight of the six capsules weighed approximately .9 grams.

8. JONES was arrested for selling heroin immediately following the transaction on May 17, 2018. At the time of his arrest, JONES was inside his vehicle. The vehicle was towed and an inventory search was conducted by the WPBPD who took custody of the vehicle. During the inventory search, an officer located a firearm concealed behind the glovebox and within the dashboard area of the car. It is common practice for law enforcement to search this area behind the glovebox, due to its concealment with easy access design that usually opens by only pushing in both sides of the glovebox, which is designed to allow access to the area behind the glovebox. The firearm was a Taurus, 9mm, silver/chrome, semi-automatic pistol with a live round in the chamber. Additionally, officers found 6.4 grams of suspected marijuana in the center console and an Oxycodone prescription pill in his right front pant pocket.

9. JONES was transported to the West Palm Beach Police Department where he was processed for state offenses and interviewed. Post *Miranda*, JONES confessed to the two (2) sales of heroin to the UC and advised the firearm belonged to him. JONES also acknowledged that he was a convicted felon and was not authorized to be in possession of a firearm. JONES was able to describe the color and caliber of the firearm. JONES also mentioned he purchased the firearm from "the streets" for a "hundred and something" dollars.

3

## Conclusion

10. Based upon the facts and information set forth in this affidavit, your affiant respectfully submits that there is probable cause to believe that on May 10, 2018, and May 17, 2018, JONES did commit the criminal offense of distribution of a controlled substance, namely a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1) and the offense of possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
THOMAS J. WALSH
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

SWORN TO AND SUBSCRIBED BEFORE ME
THIS __22__ DAY OF MAY, 2018, AT
WEST PALM BEACH, FLORIDA.

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 18-8237-BER

**Defendants' Name:   DEVONTE MARQUIS JONES**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Distribution of Heroin | 21 USC 841(a)(1) & (b)(1)(C). | 20 years' in prison $1,000,000 fine SR: 3 years to life $100 Special Assessment |
| 2 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 18 USC 924(c) | Life in prison 5 years' imprisonment consecutive to any other sentence imposed $250,000 fine SR: 5 years $100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   18-8237-BER

UNITED STATES OF AMERICA

vs.

DEVONTE MARQUIS JONES,

    **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321
TEL (561) 820-8711